**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Christopher M. Lincoln      BK NO. 18-00395 HWV
       Laurie Lincoln

           Debtor(s)     Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE HUNTINGTON NATIONAL BANK and index same on the master mailing list.

       Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
27 May 2021, 14:43:45, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322