IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHRISTOPHER M. LINCOLN      CHAPTER 13
       LAURIE LINCOLN     CASE NO.: 1:18-bk-00395
                DEBTORS

NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtors Christopher M. Lincoln and Laurie Lincoln for the above referenced case.

                                      **By: /s/ Nicholas G. Platt**
                                       Nicholas G. Platt 327239
                                       MOONEY LAW
                                       230 York Street
                                       Hanover, PA 17331
                                       ngp@mooney4law.com
                                       (717) 632-4656 Phone
                                       (717) 632-3612 Fax

Dated: June 2, 2021