# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Christopher M Lincoln
    Laurie Lincoln

                        Case No.: 1-18-00395HWV

                        Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Midfirst Bank |
| Court Claim number | 7 |
| Last Four of Loan Number: | 4639 |
| Property Address if applicable: | 32 N Pheasant Way |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $21,463.92 |
| b. | Prepetition arrearages paid by the trustee: | $21,463.92 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $8,303.33 |
| f. | Postpetition arrearage paid by the trustee: | $8,303.33 |
| g. | Total b, d, and f: | $29,767.25 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: August 16, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Christopher M Lincoln  Case No.: 4-18-02159MJC
    Laurie Lincoln

    Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 16, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Christopher M Lincoln
Laurie Lincoln
32 N Pheasant Way
Abbottstown PA 17301

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 16, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

Case: 18-00395        CHRISTOPHER M. LINCOLN

**MIDFIRST BANK**
999 NORTHWEST GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK 73

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 4639/ postarrears pheasant

06/19 2AP POST ARREARS PHEASANT WAY

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $8,303.33 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $8,303.33 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **MIDFIRST BANK** | | | | | | | |
| 521-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $211.86 | $0.00 | $211.86 | 03/13/2023 |
| 521-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $241.25 | $0.00 | $241.25 | 12/22/2022 |
| 521-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $638.16 | $0.00 | $638.16 | 12/08/2022 |
| 521-0 | MIDFIRST BANK | | 10/18/2022 | 2017970 | $129.13 | $0.00 | $129.13 | 10/27/2022 |
| 521-0 | MIDFIRST BANK | | 08/17/2022 | 2015894 | $284.78 | $0.00 | $284.78 | 08/25/2022 |
| 521-0 | MIDFIRST BANK | | 07/13/2022 | 2014833 | $609.84 | $0.00 | $609.84 | 07/25/2022 |
| 521-0 | MIDFIRST BANK | | 05/17/2022 | 2012830 | $76.56 | $0.00 | $76.56 | 05/26/2022 |
| 521-0 | MIDFIRST BANK | | 03/16/2022 | 2010741 | $239.48 | $0.00 | $239.48 | 03/24/2022 |
| 521-0 | MIDFIRST BANK | | 02/16/2022 | 2009763 | $52.70 | $0.00 | $52.70 | 03/02/2022 |
| 521-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $224.35 | $0.00 | $224.35 | 12/23/2021 |
| 521-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $224.37 | $0.00 | $224.37 | 11/24/2021 |
| 521-0 | MIDFIRST BANK | | 10/14/2021 | 2005715 | $236.06 | $0.00 | $236.06 | 10/20/2021 |
| 521-0 | MIDFIRST BANK | | 09/14/2021 | 2004674 | $247.78 | $0.00 | $247.78 | 09/22/2021 |
| 521-0 | MIDFIRST BANK | | 08/18/2021 | 2003662 | $247.78 | $0.00 | $247.78 | 09/01/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | MIDFIRST BANK | | 07/14/2021 | 2002598 | $247.78 | $0.00 | $247.78 | 07/30/2021 |
| 521-0 | MIDFIRST BANK | | 06/16/2021 | 2001621 | $247.78 | $0.00 | $247.78 | 06/23/2021 |
| 521-0 | MIDFIRST BANK | | 05/18/2021 | 2000606 | $234.77 | $0.00 | $234.77 | 06/07/2021 |
| 521-0 | MIDFIRST BANK | | 04/15/2021 | 1229232 | $221.75 | $0.00 | $221.75 | 04/22/2021 |
| 521-0 | MIDFIRST BANK | | 03/17/2021 | 1228210 | $221.75 | $0.00 | $221.75 | 03/25/2021 |
| 521-0 | MIDFIRST BANK | | 02/17/2021 | 1227202 | $230.98 | $0.00 | $230.98 | 02/25/2021 |
| 521-0 | MIDFIRST BANK | | 01/19/2021 | 1226176 | $232.75 | $0.00 | $232.75 | 02/03/2021 |
| 521-0 | MIDFIRST BANK | | 12/10/2020 | 1224389 | $76.62 | $0.00 | $76.62 | 12/31/2020 |
| 521-0 | MIDFIRST BANK | | 10/15/2020 | 1222623 | $226.74 | $0.00 | $226.74 | 10/27/2020 |
| 521-0 | MIDFIRST BANK | | 09/17/2020 | 1221600 | $222.51 | $0.00 | $222.51 | 10/05/2020 |
| 521-0 | MIDFIRST BANK | | 08/12/2020 | 1220549 | $222.51 | $0.00 | $222.51 | 08/31/2020 |
| 521-0 | MIDFIRST BANK | | 07/07/2020 | 1219504 | $222.50 | $0.00 | $222.50 | 07/24/2020 |
| 521-0 | MIDFIRST BANK | | 06/02/2020 | 1218478 | $126.76 | $0.00 | $126.76 | 06/16/2020 |
| 521-0 | MIDFIRST BANK | | 04/14/2020 | 1216463 | $226.44 | $0.00 | $226.44 | 05/01/2020 |
| 521-0 | MIDFIRST BANK | | 03/12/2020 | 1215179 | $240.41 | $0.00 | $240.41 | 03/27/2020 |
| 521-0 | MIDFIRST BANK | | 02/13/2020 | 1213869 | $240.41 | $0.00 | $240.41 | 02/28/2020 |
| 521-0 | FLAGSTAR BANK | | 01/16/2020 | 1212262 | $406.88 | $0.00 | $406.88 | 02/21/2020 |
| 521-0 | FLAGSTAR BANK | | 12/12/2019 | 1210881 | $789.89 | $0.00 | $789.89 | 12/31/2019 |

Sub-totals: $8,303.33 $0.00 $8,303.33

Grand Total: $8,303.33 $0.00

Case: 18-00395   CHRISTOPHER M. LINCOLN

**MIDFIRST BANK**
999 NORTHWEST GRAND BLVI
SUITE 100
OKLAHOMA CITY, OK  73'

Sequence: 24
Modify:
Filed Date: 4/11/2018 12:00:00AM
Hold Code:

Acct No: 4639/PRE ARREARS/32 N PHE

|  | Amt Sched: | $235,552.00 | Debt: | $21,463.92 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $21,463.92 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MIDFIRST BANK** | | | | | | | |
| 520-0 | MIDFIRST BANK | | 01/18/2023 | 2020964 | $547.65 | $0.00 | $547.65 | 03/13/2023 |
| 520-0 | MIDFIRST BANK | | 12/13/2022 | 2019970 | $623.63 | $0.00 | $623.63 | 12/22/2022 |
| 520-0 | MIDFIRST BANK | | 11/16/2022 | 2019016 | $1,649.62 | $0.00 | $1,649.62 | 12/08/2022 |
| 520-0 | MIDFIRST BANK | | 10/18/2022 | 2017970 | $333.79 | $0.00 | $333.79 | 10/27/2022 |
| 520-0 | MIDFIRST BANK | | 08/17/2022 | 2015894 | $736.16 | $0.00 | $736.16 | 08/25/2022 |
| 520-0 | MIDFIRST BANK | | 07/13/2022 | 2014833 | $1,576.42 | $0.00 | $1,576.42 | 07/25/2022 |
| 520-0 | MIDFIRST BANK | | 05/17/2022 | 2012830 | $197.93 | $0.00 | $197.93 | 05/26/2022 |
| 520-0 | MIDFIRST BANK | | 03/16/2022 | 2010741 | $619.04 | $0.00 | $619.04 | 03/24/2022 |
| 520-0 | MIDFIRST BANK | | 02/16/2022 | 2009763 | $136.22 | $0.00 | $136.22 | 03/02/2022 |
| 520-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $579.97 | $0.00 | $579.97 | 12/23/2021 |
| 520-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $579.95 | $0.00 | $579.95 | 11/24/2021 |
| 520-0 | MIDFIRST BANK | | 10/14/2021 | 2005715 | $610.24 | $0.00 | $610.24 | 10/20/2021 |
| 520-0 | MIDFIRST BANK | | 09/14/2021 | 2004674 | $640.50 | $0.00 | $640.50 | 09/22/2021 |
| 520-0 | MIDFIRST BANK | | 08/18/2021 | 2003662 | $640.50 | $0.00 | $640.50 | 09/01/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | MIDFIRST BANK | | 07/14/2021 | 2002598 | $640.50 | $0.00 | $640.50 | 07/30/2021 |
| 520-0 | MIDFIRST BANK | | 06/16/2021 | 2001621 | $640.50 | $0.00 | $640.50 | 06/23/2021 |
| 520-0 | MIDFIRST BANK | | 05/18/2021 | 2000606 | $606.86 | $0.00 | $606.86 | 06/07/2021 |
| 520-0 | MIDFIRST BANK | | 04/15/2021 | 1229232 | $573.23 | $0.00 | $573.23 | 04/22/2021 |
| 520-0 | MIDFIRST BANK | | 03/17/2021 | 1228210 | $573.23 | $0.00 | $573.23 | 03/25/2021 |
| 520-0 | MIDFIRST BANK | | 02/17/2021 | 1227202 | $597.06 | $0.00 | $597.06 | 02/25/2021 |
| 520-0 | MIDFIRST BANK | | 01/19/2021 | 1226176 | $601.66 | $0.00 | $601.66 | 02/03/2021 |
| 520-0 | MIDFIRST BANK | | 12/10/2020 | 1224389 | $198.08 | $0.00 | $198.08 | 12/31/2020 |
| 520-0 | MIDFIRST BANK | | 10/15/2020 | 1222623 | $586.12 | $0.00 | $586.12 | 10/27/2020 |
| 520-0 | MIDFIRST BANK | | 09/17/2020 | 1221600 | $575.17 | $0.00 | $575.17 | 10/05/2020 |
| 520-0 | MIDFIRST BANK | | 08/12/2020 | 1220549 | $575.17 | $0.00 | $575.17 | 08/31/2020 |
| 520-0 | MIDFIRST BANK | | 07/07/2020 | 1219504 | $575.18 | $0.00 | $575.18 | 07/24/2020 |
| 520-0 | MIDFIRST BANK | | 06/02/2020 | 1218478 | $327.68 | $0.00 | $327.68 | 06/16/2020 |
| 520-0 | MIDFIRST BANK | | 04/14/2020 | 1216463 | $585.33 | $0.00 | $585.33 | 05/01/2020 |
| 520-0 | MIDFIRST BANK | | 03/12/2020 | 1215179 | $621.45 | $0.00 | $621.45 | 03/27/2020 |
| 520-0 | MIDFIRST BANK | | 02/13/2020 | 1213869 | $621.45 | $0.00 | $621.45 | 02/28/2020 |
| 520-0 | FLAGSTAR BANK | | 01/16/2020 | 1212262 | $454.98 | $0.00 | $454.98 | 02/21/2020 |
| 520-0 | FLAGSTAR BANK | | 05/09/2019 | 1201718 | $592.12 | $0.00 | $592.12 | 05/23/2019 |
| 520-0 | FLAGSTAR BANK | | 04/11/2019 | 1200369 | $919.12 | $0.00 | $919.12 | 04/30/2019 |
| 520-0 | FLAGSTAR BANK | | 03/12/2019 | 1199020 | $561.18 | $0.00 | $561.18 | 03/25/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FLAGSTAR BANK | | 02/07/2019 | 1197852 | $296.06 | $0.00 | $296.06 | 02/27/2019 |
| 520-0 | PINGORA LOAN SERVICING LLC | | 01/10/2019 | 1197061 | $270.17 | $0.00 | $270.17 | 01/30/2019 |

|  |  |
|---|---|
| Sub-totals: $21,463.92 | $0.00 $21,463.92 |
| Grand Total: $21,463.92 | $0.00 |