United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher M. Lincoln  
Laurie Lincoln  
    Debtors

Case No. 18-00395-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Aug 15, 2023     Form ID: 3180W     Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher M. Lincoln, Laurie Lincoln, 32 North Pheasant Way, Abbottstown, PA 17301-9539 |
| 5018074 | #+ | McCabe, Weisberg, & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5027287 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 15 2023 18:38:00 | Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618 |
| 5038232 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2023 19:01:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5018069 | + | Email/Text: clientservices@credit-control.com | Aug 15 2023 18:38:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5018070 | + | EDI: WFNNB.COM | Aug 15 2023 22:38:00 | Comenitycapital/gmstop, Po Box 182120, Columbus, OH 43218-2120 |
| 5155879 | ^ | MEBN | Aug 15 2023 18:36:58 | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5155880 | ^ | MEBN | Aug 15 2023 18:36:59 | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 5018071 | + | Email/Text: bankruptcy@huntington.com | Aug 15 2023 18:38:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 5018072 | | EDI: IRS.COM | Aug 15 2023 22:38:00 | IRS, Dept of the Treasury, Austin, TX 73301 |
| 5018073 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2023 18:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5300445 | + | EDI: AISMIDFIRST | Aug 15 2023 22:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5300444 | + | EDI: AISMIDFIRST | Aug 15 2023 22:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5018075 | | EDI: PRA.COM | Aug 15 2023 22:38:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5039217 | | EDI: PRA.COM | Aug 15 2023 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 5022110 | | EDI: PENNDEPTREV | Aug 15 2023 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5022110 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2023 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5047196 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 15 2023 18:38:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 5044132 | | EDI: Q3G.COM | Aug 15 2023 22:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5019341 | + | Email/Text: bankruptcy@huntington.com | Aug 15 2023 18:38:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Flagstar Bank FSB pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 2 Laurie Lincoln ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Christopher M. Lincoln ngp@mooney4law.com plattnr61895@notify.bestcase.com |

| | |
|---|---|
| Raymond M Kempinski | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Thomas Song | on behalf of Creditor Pingora Loan Servicing LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher M. Lincoln<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–8737<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Laurie Lincoln<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–8969<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-00395-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher M. Lincoln           Laurie Lincoln

8/15/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2