# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-00395** |
| **Christopher M. Lincoln** : | **Chapter 13** |
| **Laurie Lincoln** : | **Judge Henry W. Van Eck** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Alyk L. Oflazian.
    Contact email is ALOflazian@manleydeas.com

23-023118_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-00395 |
| **Christopher M. Lincoln** | : Chapter 13 |
| **Laurie Lincoln** | : Judge Henry W. Van Eck |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Nicholas G. Platt, Attorney for Christopher M. Lincoln and Laurie Lincoln, ngp@mooney4law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Christopher M. Lincoln and Laurie Lincoln, 32 North Pheasant Way, Abbottstown, PA 17301

/s/ Alyk L. Oflazian

23-023118_PS

Case 1:18-bk-00395-HWV    Doc 75    Filed 08/30/23    Entered 08/30/23 17:30:59    Desc
Main Document    Page 2 of 2