**Fill in this information to identify the case**

**Debtor 1** Christopher M. Lincoln

**Debtor 2** Laurie Lincoln
**(Spouse, if filing)**

**United States Bankruptcy Court for the: MIDDLE District of PENNSYLVANIA**
                                                                           **(State)**
**Case number** 18-00395

# Form 4100R
## Response to Notice of Final Cure Payment                         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** MidFirst Bank

**Last 4 digits** of any number you use to identify the debtor's account: 4639

**Property address:** 32 N. Pheasant Way
   Number    Street

Abbottstown  PA  17301
City        State    Zip Code

**Court claim no.** (if known):

7

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/____
                                                              MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                           (a) $2,089.28

b. Total fees, charges, expenses, escrow, and costs outstanding:                      (b) $250.00

c. Total. Add lines a and b.                                                          (c) $2,339.28

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   08/01/2023
                                                                      MM/DD/YYYY

Form 4100R                **Response to Notice of Final Cure Payment**                page **1**

23-023118_SJW

| Debtor 1 | Christopher M. Lincoln | | Case number (if known) 18-00395 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Alyk L. Oflazian          Date  09/06/2023
   Signature

Print:    Alyk L. Oflazian                Title    Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
          Number       Street

          Columbus, OH  43216-5028
          City         State      ZIP Code

Contact phone  614-220-5611           Email   amps@manleydeas.com

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

23-023118_SJW

Case 1:18-bk-00395-HWV    Doc 76    Filed 09/06/23    Entered 09/06/23 14:05:29    Desc
Main Document     Page 2 of 7

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 1 payments at $2089.28 each. | 8/1/23 | (15) | $ 2,089.28 |
| 16. | Other. Specify: Remains of PPFN | 7/18/18 | (16) | $ 250.00 |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (17) | $ 2,339.28 |

23-023118_SJW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-00395** |
| **Christopher M. Lincoln** | : | **Chapter 13** |
| **Laurie Lincoln** | : | **Judge Henry W. Van Eck** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **MidFirst Bank** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Christopher M. Lincoln** | : | |
| **Laurie Lincoln** | : | |
| **Jack N Zaharopoulos** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Nicholas G. Platt, Attorney for Christopher M. Lincoln and Laurie Lincoln, ngp@mooney4law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Christopher M. Lincoln and Laurie Lincoln, 32 North Pheasant Way, Abbottstown, PA 17301

/s/Alyk L. Oflazian

08/29/23

CHRISTOPHER M LINCOLN                                           Account Number  ███████
LAURIE LINCOLN
32 N PHEASANT WAY

ABBOTTSTOWN          PA 17301-0000

Collateral

| | | | | | |
|---|---|---|---|---|---|
| Original Balance | 238603.00 | P&I Payment | 1139.13 | Next Due Date | 08/01/23 |
| Current Balance | 194238.63 | Escrow Payment | 950.15 | Last Payment Date | 07/18/23 |
| Escrow Balance | -727.64 | Opt Ins Payment | 0.00 | Current Interest Rate | 4.00000 |
| Unapplied Balance | 1263.62 | Buydown | 0.00 | | |
| Fee Balance | -250.00 | Total Payment | 2089.28 | | |

History from 01/31/18 through 08/29/23    Beginning statement balance    213904.60    Ending statement balance    196189.02

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/20 | 08/04/20 | 12/01/19 | ESCROW DISBURSEMENT | -227.29 | 0.00 | 0.00 | -227.29 | 0.00 | 0.00 | |
| 08/13/20 | 08/13/20 | 12/01/19 | ESCROW DISBURSEMENT | -3777.61 | 0.00 | 0.00 | -3777.61 | 0.00 | 0.00 | |
| 08/17/20 | 08/17/20 | 12/01/19 | ESCROW DISBURSEMENT | -14.32 | 0.00 | 0.00 | -14.32 | 0.00 | 0.00 | |
| 08/24/20 | 08/24/20 | 12/01/19 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | F |
| 08/27/20 | 08/17/20 | 12/01/19 | MISC RECEIPT | 575.17 | 0.00 | 0.00 | 0.00 | 0.00 | 575.17 | N |
| 08/27/20 | 08/17/20 | 12/01/19 | MISC RECEIPT | 222.51 | 0.00 | 0.00 | 0.00 | 0.00 | 222.51 | N |
| 08/27/20 | 08/27/20 | 12/01/19 | MISC RECEIPT | -1139.13 | 0.00 | 0.00 | 0.00 | 0.00 | -1139.13 | N |
| 08/27/20 | 08/27/20 | 01/01/20 | PAYMENT | 1139.13 | 426.11 | 713.02 | 0.00 | 0.00 | 0.00 | |
| 08/28/20 | 08/17/20 | 02/01/20 | PAYMENT | 1934.72 | 427.54 | 711.59 | 795.59 | 0.00 | 0.00 | |
| 09/03/20 | 09/03/20 | 02/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 09/25/20 | 09/21/20 | 03/01/20 | PAYMENT | 1934.72 | 428.96 | 710.17 | 795.59 | 0.00 | 0.00 | |
| 10/02/20 | 09/22/20 | 03/01/20 | MISC RECEIPT | 575.17 | 0.00 | 0.00 | 0.00 | 0.00 | 575.17 | N |
| 10/02/20 | 09/22/20 | 03/01/20 | MISC RECEIPT | 222.51 | 0.00 | 0.00 | 0.00 | 0.00 | 222.51 | N |
| 10/02/20 | 10/02/20 | 03/01/20 | MISC RECEIPT | -1139.13 | 0.00 | 0.00 | 0.00 | 0.00 | -1139.13 | N |
| 10/02/20 | 10/02/20 | 04/01/20 | PAYMENT | 1139.13 | 430.39 | 708.74 | 0.00 | 0.00 | 0.00 | |
| 10/05/20 | 10/05/20 | 04/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 10/23/20 | 10/23/20 | 05/01/20 | PAYMENT | 1934.72 | 431.82 | 707.31 | 795.59 | 0.00 | 0.00 | |
| 10/23/20 | 10/23/20 | 05/01/20 | MISC RECEIPT | 586.12 | 0.00 | 0.00 | 0.00 | 0.00 | 586.12 | N |

**B**= *Buydown/Subsidy*        **F**= *Fee Payment*        **L**= *Late Charges*        **N**= *Unapplied*

08/29/23                                                                Account Number  ███████

CHRISTOPHER M LINCOLN
LAURIE LINCOLN

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/20 | 10/23/20 | 05/01/20 | MISC RECEIPT | 226.74 | 0.00 | 0.00 | 0.00 | 0.00 | 226.74 | N |
| 11/04/20 | 11/04/20 | 05/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 12/04/20 | 12/04/20 | 05/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 12/26/20 | 12/15/20 | 06/01/20 | PAYMENT | 1934.72 | 433.26 | 705.87 | 795.59 | 0.00 | 0.00 | |
| 12/26/20 | 12/15/20 | 07/01/20 | PAYMENT | 1934.72 | 434.71 | 704.42 | 795.59 | 0.00 | 0.00 | |
| 12/26/20 | 12/15/20 | 07/01/20 | MISC RECEIPT | 198.08 | 0.00 | 0.00 | 0.00 | 0.00 | 198.08 | N |
| 12/26/20 | 12/15/20 | 07/01/20 | MISC RECEIPT | 76.62 | 0.00 | 0.00 | 0.00 | 0.00 | 76.62 | N |
| 01/04/21 | 01/04/21 | 07/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 01/12/21 | 01/12/21 | 07/01/20 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | F |
| 02/01/21 | 01/25/21 | 07/01/20 | MISC RECEIPT | 601.66 | 0.00 | 0.00 | 0.00 | 0.00 | 601.66 | N |
| 02/01/21 | 01/25/21 | 07/01/20 | MISC RECEIPT | 232.75 | 0.00 | 0.00 | 0.00 | 0.00 | 232.75 | N |
| 02/01/21 | 02/01/21 | 07/01/20 | MISC RECEIPT | -1139.13 | 0.00 | 0.00 | 0.00 | 0.00 | -1139.13 | N |
| 02/01/21 | 02/01/21 | 08/01/20 | PAYMENT | 1139.13 | 436.16 | 702.97 | 0.00 | 0.00 | 0.00 | |
| 02/03/21 | 01/25/21 | 09/01/20 | PAYMENT | 1934.72 | 437.61 | 701.52 | 795.59 | 0.00 | 0.00 | |
| 02/04/21 | 02/04/21 | 09/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 02/05/21 | 02/05/21 | 09/01/20 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 | F |
| 02/24/21 | 02/24/21 | 09/01/20 | MISC RECEIPT | 597.06 | 0.00 | 0.00 | 0.00 | 0.00 | 597.06 | N |
| 02/24/21 | 02/24/21 | 09/01/20 | MISC RECEIPT | 230.98 | 0.00 | 0.00 | 0.00 | 0.00 | 230.98 | N |
| 02/24/21 | 02/24/21 | 10/01/20 | PAYMENT | 1934.72 | 439.07 | 700.06 | 795.59 | 0.00 | 0.00 | |
| 03/04/21 | 03/04/21 | 10/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 03/24/21 | 03/22/21 | 10/01/20 | MISC RECEIPT | 573.23 | 0.00 | 0.00 | 0.00 | 0.00 | 573.23 | N |
| 03/24/21 | 03/22/21 | 10/01/20 | MISC RECEIPT | 221.75 | 0.00 | 0.00 | 0.00 | 0.00 | 221.75 | N |
| 03/24/21 | 03/22/21 | 11/01/20 | PAYMENT | 2035.12 | 440.53 | 698.60 | 895.99 | 0.00 | 0.00 | |
| 03/24/21 | 03/24/21 | 11/01/20 | MISC RECEIPT | -1937.40 | 0.00 | 0.00 | 0.00 | 0.00 | -1937.40 | N |
| 03/24/21 | 03/24/21 | 12/01/20 | PAYMENT | 1937.40 | 442.00 | 697.13 | 798.27 | 0.00 | 0.00 | |
| 04/05/21 | 04/05/21 | 12/01/20 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 04/08/21 | 04/08/21 | 12/01/20 | ESCROW DISBURSEMENT | -1336.13 | 0.00 | 0.00 | -1336.13 | 0.00 | 0.00 | |
| 04/23/21 | 04/21/21 | 01/01/21 | PAYMENT | 2035.12 | 442.48 | 695.65 | 895.99 | 0.00 | 0.00 | |
| 04/23/21 | 04/21/21 | 01/01/21 | MISC RECEIPT | 573.23 | 0.00 | 0.00 | 0.00 | 0.00 | 573.23 | N |
| 04/23/21 | 04/21/21 | 01/01/21 | MISC RECEIPT | 221.75 | 0.00 | 0.00 | 0.00 | 0.00 | 221.75 | N |
| 05/04/21 | 05/04/21 | 01/01/21 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 06/04/21 | 06/04/21 | 01/01/21 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 | |
| 06/10/21 | 05/24/21 | 01/01/21 | MISC RECEIPT | 234.77 | 0.00 | 0.00 | 0.00 | 0.00 | 234.77 | N |
| 06/10/21 | 05/24/21 | 01/01/21 | MISC RECEIPT | 606.86 | 0.00 | 0.00 | 0.00 | 0.00 | 606.86 | N |
| 06/10/21 | 05/24/21 | 02/01/21 | PAYMENT | 2035.12 | 444.95 | 694.18 | 895.99 | 0.00 | 0.00 | |

**B**= *Buydown/Subsidy*        **F**= *Fee Payment*        **L**= *Late Charges*        **N**= *Unapplied*

08/29/23                                                              Account Number ████

CHRISTOPHER M LINCOLN
LAURIE LINCOLN

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 06/10/21 | 06/10/21 | 02/01/21 | MISC RECEIPT | -1934.72 | 0.00 | 0.00 | 0.00 | 0.00 | -1934.72 N |
| 06/10/21 | 06/10/21 | 03/01/21 | PAYMENT | 1934.72 | 446.44 | 692.69 | 795.59 | 0.00 | 0.00 |
| 06/23/21 | 06/23/21 | 03/01/21 | ESCROW DISBURSEMENT | -1863.60 | 0.00 | 0.00 | -1863.60 | 0.00 | 0.00 |
| 06/28/21 | 06/21/21 | 03/01/21 | MISC RECEIPT | 643.50 | 0.00 | 0.00 | 0.00 | 0.00 | 643.50 N |
| 06/28/21 | 06/21/21 | 03/01/21 | MISC RECEIPT | 247.78 | 0.00 | 0.00 | 0.00 | 0.00 | 247.78 N |
| 06/28/21 | 06/21/21 | 04/01/21 | PAYMENT | 2025.12 | 447.92 | 691.21 | 895.99 | 0.00 | 0.00 |
| 07/02/21 | 07/02/21 | 04/01/21 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 |
| 07/28/21 | 07/19/21 | 04/01/21 | MISC RECEIPT | 643.50 | 0.00 | 0.00 | 0.00 | 0.00 | 643.50 N |
| 07/28/21 | 07/19/21 | 04/01/21 | MISC RECEIPT | 247.78 | 0.00 | 0.00 | 0.00 | 0.00 | 247.78 N |
| 07/28/21 | 07/19/21 | 05/01/21 | PAYMENT | 2025.12 | 449.42 | 689.71 | 895.99 | 0.00 | 0.00 |
| 07/28/21 | 07/28/21 | 05/01/21 | MISC RECEIPT | -1934.72 | 0.00 | 0.00 | 0.00 | 0.00 | -1934.72 N |
| 07/28/21 | 07/28/21 | 06/01/21 | PAYMENT | 1934.72 | 450.92 | 688.21 | 795.59 | 0.00 | 0.00 |
| 08/04/21 | 08/04/21 | 06/01/21 | ESCROW DISBURSEMENT | -221.72 | 0.00 | 0.00 | -221.72 | 0.00 | 0.00 |
| 08/06/21 | 08/06/21 | 06/01/21 | ESCROW DISBURSEMENT | -3853.15 | 0.00 | 0.00 | -3853.15 | 0.00 | 0.00 |
| 09/02/21 | 08/23/21 | 06/01/21 | MISC RECEIPT | 643.50 | 0.00 | 0.00 | 0.00 | 0.00 | 643.50 N |
| 09/02/21 | 08/23/21 | 06/01/21 | MISC RECEIPT | 247.78 | 0.00 | 0.00 | 0.00 | 0.00 | 247.78 N |
| 09/02/21 | 08/23/21 | 07/01/21 | PAYMENT | 2025.12 | 452.42 | 686.71 | 895.99 | 0.00 | 0.00 |
| 09/03/21 | 09/02/21 | 07/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 F |
| 09/03/21 | 09/03/21 | 07/01/21 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 09/08/21 | 09/08/21 | 07/01/21 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 09/23/21 | 09/17/21 | 07/01/21 | MISC RECEIPT | 643.50 | 0.00 | 0.00 | 0.00 | 0.00 | 643.50 N |
| 09/23/21 | 09/17/21 | 07/01/21 | MISC RECEIPT | 247.78 | 0.00 | 0.00 | 0.00 | 0.00 | 247.78 N |
| 09/23/21 | 09/17/21 | 08/01/21 | PAYMENT | 2025.12 | 453.92 | 685.20 | 895.99 | 0.00 | 0.00 |
| 09/23/21 | 09/23/21 | 08/01/21 | MISC RECEIPT | -1934.72 | 0.00 | 0.00 | 0.00 | 0.00 | -1934.72 N |
| 09/23/21 | 09/23/21 | 09/01/21 | PAYMENT | 1934.72 | 455.44 | 683.69 | 795.59 | 0.00 | 0.00 |
| 09/23/21 | 09/23/21 | 09/01/21 | MISC RECEIPT | 71.23 | 0.00 | 0.00 | 71.23 | 0.00 | 0.00 |
| 09/23/21 | 09/23/21 | 09/01/21 | MISC RECEIPT | -71.23 | 0.00 | 0.00 | 0.00 | 0.00 | -71.23 N |
| 10/04/21 | 10/04/21 | 09/01/21 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 10/21/21 | 10/19/21 | 09/01/21 | MISC RECEIPT | 610.24 | 0.00 | 0.00 | 0.00 | 0.00 | 610.24 N |
| 10/21/21 | 10/19/21 | 09/01/21 | MISC RECEIPT | 236.06 | 0.00 | 0.00 | 0.00 | 0.00 | 236.06 N |
| 10/21/21 | 10/19/21 | 10/01/21 | PAYMENT | 2025.12 | 456.96 | 682.17 | 895.99 | 0.00 | 0.00 |
| 10/21/21 | 10/21/21 | 10/01/21 | MISC RECEIPT | 846.30 | 0.00 | 0.00 | 846.30 | 0.00 | 0.00 |
| 10/21/21 | 10/21/21 | 10/01/21 | MISC RECEIPT | -846.30 | 0.00 | 0.00 | 0.00 | 0.00 | -846.30 N |
| 11/04/21 | 11/04/21 | 10/01/21 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 F |
| 11/04/21 | 11/04/21 | 10/01/21 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |

**B**= *Buydown/Subsidy*      **F**= *Fee Payment*      **L**= *Late Charges*      **N**= *Unapplied*

08/29/23                                                              Account Number ████

CHRISTOPHER M LINCOLN
LAURIE LINCOLN

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/21 | 11/19/21 | 10/01/21 | MISC RECEIPT | 579.95 | 0.00 | 0.00 | 0.00 | 0.00 | 579.95 N |
| 11/22/21 | 11/19/21 | 10/01/21 | MISC RECEIPT | 224.37 | 0.00 | 0.00 | 0.00 | 0.00 | 224.37 N |
| 11/22/21 | 11/22/21 | 10/01/21 | MISC RECEIPT | 804.32 | 0.00 | 0.00 | 804.32 | 0.00 | 0.00 |
| 11/22/21 | 11/22/21 | 10/01/21 | MISC RECEIPT | -804.32 | 0.00 | 0.00 | 0.00 | 0.00 | -804.32 N |
| 11/23/21 | 11/19/21 | 11/01/21 | PAYMENT | 2025.12 | 458.48 | 680.65 | 895.99 | 0.00 | 0.00 |
| 12/06/21 | 12/06/21 | 11/01/21 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 12/22/21 | 12/20/21 | 11/01/21 | MISC RECEIPT | 579.97 | 0.00 | 0.00 | 0.00 | 0.00 | 579.97 N |
| 12/22/21 | 12/20/21 | 11/01/21 | MISC RECEIPT | 224.35 | 0.00 | 0.00 | 0.00 | 0.00 | 224.35 N |
| 12/22/21 | 12/20/21 | 12/01/21 | PAYMENT | 2025.12 | 460.01 | 679.12 | 895.99 | 0.00 | 0.00 |
| 12/22/21 | 12/22/21 | 12/01/21 | MISC RECEIPT | 579.97 | 0.00 | 0.00 | 579.97 | 0.00 | 0.00 |
| 12/22/21 | 12/22/21 | 12/01/21 | MISC RECEIPT | -579.97 | 0.00 | 0.00 | 0.00 | 0.00 | -579.97 N |
| 01/04/22 | 01/04/22 | 12/01/21 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 02/04/22 | 02/04/22 | 12/01/21 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 03/01/22 | 02/22/22 | 12/01/21 | MISC RECEIPT | 136.22 | 0.00 | 0.00 | 0.00 | 0.00 | 136.22 N |
| 03/01/22 | 02/22/22 | 12/01/21 | MISC RECEIPT | 52.70 | 0.00 | 0.00 | 0.00 | 0.00 | 52.70 N |
| 03/01/22 | 02/22/22 | 01/01/22 | PAYMENT | 2025.12 | 461.54 | 677.59 | 895.99 | 0.00 | 0.00 |
| 03/01/22 | 02/22/22 | 02/01/22 | PAYMENT | 2025.12 | 463.08 | 676.05 | 895.99 | 0.00 | 0.00 |
| 03/01/22 | 03/01/22 | 02/01/22 | MISC RECEIPT | 188.92 | 0.00 | 0.00 | 188.92 | 0.00 | 0.00 |
| 03/01/22 | 03/01/22 | 02/01/22 | MISC RECEIPT | -188.92 | 0.00 | 0.00 | 0.00 | 0.00 | -188.92 N |
| 03/04/22 | 03/04/22 | 02/01/22 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 03/22/22 | 03/21/22 | 03/01/22 | PAYMENT | 1980.92 | 464.63 | 674.50 | 841.79 | 0.00 | 0.00 |
| 03/22/22 | 03/22/22 | 03/01/22 | MISC RECEIPT | 619.04 | 0.00 | 0.00 | 0.00 | 0.00 | 619.04 N |
| 03/22/22 | 03/22/22 | 03/01/22 | MISC RECEIPT | 239.48 | 0.00 | 0.00 | 0.00 | 0.00 | 239.48 N |
| 03/22/22 | 03/22/22 | 03/01/22 | MISC RECEIPT | 858.52 | 0.00 | 0.00 | 858.52 | 0.00 | 0.00 |
| 03/22/22 | 03/22/22 | 03/01/22 | MISC RECEIPT | -858.52 | 0.00 | 0.00 | 0.00 | 0.00 | -858.52 N |
| 04/04/22 | 04/04/22 | 03/01/22 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 04/05/22 | 04/05/22 | 03/01/22 | ESCROW DISBURSEMENT | -1403.97 | 0.00 | 0.00 | -1403.97 | 0.00 | 0.00 |
| 05/04/22 | 05/04/22 | 03/01/22 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 05/24/22 | 05/20/22 | 03/01/22 | MISC RECEIPT | 197.93 | 0.00 | 0.00 | 0.00 | 0.00 | 197.93 N |
| 05/24/22 | 05/20/22 | 03/01/22 | MISC RECEIPT | 76.56 | 0.00 | 0.00 | 0.00 | 0.00 | 76.56 N |
| 05/24/22 | 05/20/22 | 04/01/22 | PAYMENT | 1980.92 | 466.17 | 672.96 | 841.79 | 0.00 | 0.00 |
| 05/24/22 | 05/20/22 | 05/01/22 | PAYMENT | 1980.92 | 467.72 | 671.40 | 841.79 | 0.00 | 0.00 |
| 05/24/22 | 05/24/22 | 05/01/22 | MISC RECEIPT | 274.49 | 0.00 | 0.00 | 274.49 | 0.00 | 0.00 |
| 05/24/22 | 05/24/22 | 05/01/22 | MISC RECEIPT | -274.49 | 0.00 | 0.00 | 0.00 | 0.00 | -274.49 N |
| 06/06/22 | 06/06/22 | 05/01/22 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |

**B**= *Buydown/Subsidy*      **F**= *Fee Payment*      **L**= *Late Charges*      **N**= *Unapplied*

08/29/23                                                                                    Account Number ▮▮▮▮▮▮

CHRISTOPHER M LINCOLN
LAURIE LINCOLN

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 06/22/22 | 06/22/22 | 05/01/22 | ESCROW DISBURSEMENT | -2318.36 | 0.00 | 0.00 | -2318.36 | 0.00 | 0.00 |
| 07/05/22 | 07/05/22 | 05/01/22 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 07/21/22 | 07/19/22 | 06/01/22 | PAYMENT | 1980.92 | 469.29 | 669.84 | 841.79 | 0.00 | 0.00 |
| 07/21/22 | 07/19/22 | 07/01/22 | PAYMENT | 1980.92 | 470.85 | 668.28 | 841.79 | 0.00 | 0.00 |
| 07/21/22 | 07/19/22 | 07/01/22 | MISC RECEIPT | 1576.42 | 0.00 | 0.00 | 0.00 | 0.00 | 1576.42 N |
| 07/21/22 | 07/19/22 | 07/01/22 | MISC RECEIPT | 609.84 | 0.00 | 0.00 | 0.00 | 0.00 | 609.84 N |
| 07/21/22 | 07/21/22 | 07/01/22 | MISC RECEIPT | 1576.42 | 0.00 | 0.00 | 1576.42 | 0.00 | 0.00 |
| 07/21/22 | 07/21/22 | 07/01/22 | MISC RECEIPT | -1576.42 | 0.00 | 0.00 | 0.00 | 0.00 | -1576.42 N |
| 07/28/22 | 07/29/22 | 07/01/22 | MISC RECEIPT | -609.84 | 0.00 | 0.00 | 0.00 | 0.00 | -609.84 N |
| 07/28/22 | 07/29/22 | 07/01/22 | MISC RECEIPT | 609.84 | 0.00 | 0.00 | 0.00 | 0.00 | 609.84 N |
| 08/04/22 | 08/04/22 | 07/01/22 | ESCROW DISBURSEMENT | -215.93 | 0.00 | 0.00 | -215.93 | 0.00 | 0.00 |
| 08/10/22 | 08/10/22 | 07/01/22 | ESCROW DISBURSEMENT | -4030.38 | 0.00 | 0.00 | -4030.38 | 0.00 | 0.00 |
| 08/23/22 | 08/22/22 | 08/01/22 | PAYMENT | 1980.92 | 472.42 | 666.71 | 841.79 | 0.00 | 0.00 |
| 08/23/22 | 08/22/22 | 08/01/22 | MISC RECEIPT | 736.16 | 0.00 | 0.00 | 0.00 | 0.00 | 736.16 N |
| 08/23/22 | 08/22/22 | 08/01/22 | MISC RECEIPT | 284.78 | 0.00 | 0.00 | 0.00 | 0.00 | 284.78 N |
| 08/23/22 | 08/23/22 | 08/01/22 | MISC RECEIPT | 444.13 | 0.00 | 0.00 | 444.13 | 0.00 | 0.00 |
| 08/23/22 | 08/23/22 | 08/01/22 | MISC RECEIPT | -444.13 | 0.00 | 0.00 | 0.00 | 0.00 | -444.13 N |
| 09/02/22 | 09/02/22 | 08/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 10/04/22 | 10/04/22 | 08/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 10/25/22 | 10/24/22 | 08/01/22 | MISC RECEIPT | 332.79 | 0.00 | 0.00 | 0.00 | 0.00 | 332.79 N |
| 10/25/22 | 10/24/22 | 08/01/22 | MISC RECEIPT | 129.13 | 0.00 | 0.00 | 0.00 | 0.00 | 129.13 N |
| 10/25/22 | 10/24/22 | 09/01/22 | PAYMENT | 1980.92 | 474.00 | 665.13 | 841.79 | 0.00 | 0.00 |
| 10/25/22 | 10/24/22 | 10/01/22 | PAYMENT | 1980.92 | 475.58 | 663.55 | 841.79 | 0.00 | 0.00 |
| 11/04/22 | 11/04/22 | 10/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 12/02/22 | 12/02/22 | 10/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 12/06/22 | 12/06/22 | 11/01/22 | PAYMENT | 1980.92 | 477.16 | 661.97 | 841.79 | 0.00 | 0.00 |
| 12/06/22 | 12/06/22 | 11/01/22 | MISC RECEIPT | -1649.60 | 0.00 | 0.00 | 0.00 | 0.00 | -1649.60 N |
| 12/06/22 | 12/06/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1649.60 F |
| 12/06/22 | 12/06/22 | 11/01/22 | MISC RECEIPT | 1649.62 | 0.00 | 0.00 | 0.00 | 0.00 | 1649.62 N |
| 12/06/22 | 12/06/22 | 11/01/22 | MISC RECEIPT | 638.16 | 0.00 | 0.00 | 0.00 | 0.00 | 638.16 N |
| 12/06/22 | 12/06/22 | 11/01/22 | MISC RECEIPT | -2287.78 | 0.00 | 0.00 | 0.00 | 0.00 | -2287.78 N |
| 12/06/22 | 12/06/22 | 11/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2287.78 F |
| 12/20/22 | 12/19/22 | 11/01/22 | MISC RECEIPT | 547.65 | 0.00 | 0.00 | 0.00 | 0.00 | 547.65 N |
| 12/20/22 | 12/20/22 | 11/01/22 | MISC RECEIPT | -547.65 | 0.00 | 0.00 | 0.00 | 0.00 | -547.65 N |
| 12/20/22 | 12/19/22 | 11/01/22 | MISC RECEIPT | 623.63 | 0.00 | 0.00 | 0.00 | 0.00 | 623.63 N |

**B**= *Buydown/Subsidy*       **F**= *Fee Payment*       **L**= *Late Charges*       **N**= *Unapplied*

---

08/29/23                                                                                    Account Number ▮▮▮▮▮▮

CHRISTOPHER M LINCOLN
LAURIE LINCOLN

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/22 | 12/19/22 | 11/01/22 | MISC RECEIPT | 241.25 | 0.00 | 0.00 | 0.00 | 0.00 | 241.25 N |
| 12/20/22 | 12/19/22 | 12/01/22 | PAYMENT | 1980.92 | 478.75 | 660.38 | 841.79 | 0.00 | 0.00 |
| 12/20/22 | 12/20/22 | 12/01/22 | MISC RECEIPT | -49.20 | 0.00 | 0.00 | 0.00 | 0.00 | -49.20 N |
| 12/20/22 | 12/20/22 | 12/01/22 | MISC RECEIPT | 49.20 | 0.00 | 0.00 | 0.00 | 0.00 | 49.20 N |
| 12/20/22 | 12/20/22 | 12/01/22 | MISC RECEIPT | -98.40 | 0.00 | 0.00 | 0.00 | 0.00 | -98.40 N |
| 12/20/22 | 12/20/22 | 12/01/22 | MISC RECEIPT | 98.40 | 0.00 | 0.00 | 0.00 | 0.00 | 98.40 N |
| 12/20/22 | 12/20/22 | 12/01/22 | MISC RECEIPT | -717.28 | 0.00 | 0.00 | 0.00 | 0.00 | -717.28 N |
| 12/20/22 | 12/20/22 | 12/01/22 | FEE PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 717.28 F |
| 01/04/23 | 01/04/23 | 12/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 02/03/23 | 02/03/23 | 12/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 02/07/23 | 02/07/23 | 12/01/22 | MISC RECEIPT | -147.60 | 0.00 | 0.00 | 0.00 | 0.00 | -147.60 N |
| 02/07/23 | 02/07/23 | 12/01/22 | MISC RECEIPT | 120.03 | 0.00 | 0.00 | 0.00 | 0.00 | 120.03 N |
| 02/07/23 | 02/07/23 | 12/01/22 | MISC RECEIPT | 27.57 | 0.00 | 0.00 | 0.00 | 0.00 | 27.57 N |
| 03/06/23 | 03/06/23 | 12/01/22 | ESCROW DISBURSEMENT | -209.91 | 0.00 | 0.00 | -209.91 | 0.00 | 0.00 |
| 03/09/23 | 02/08/23 | 12/01/22 | MISC RECEIPT | 211.86 | 0.00 | 0.00 | 0.00 | 0.00 | 211.86 N |
| 03/09/23 | 02/08/23 | 12/01/22 | MISC RECEIPT | 547.65 | 0.00 | 0.00 | 0.00 | 0.00 | 547.65 N |
| 03/09/23 | 02/08/23 | 01/01/23 | PAYMENT | 1980.92 | 480.35 | 658.78 | 841.79 | 0.00 | 0.00 |
| 03/13/23 | 02/21/23 | 02/01/23 | PAYMENT | 1980.92 | 481.95 | 657.18 | 841.79 | 0.00 | 0.00 |
| 03/14/23 | 03/13/23 | 02/01/23 | MISC RECEIPT | 2089.28 | 0.00 | 0.00 | 0.00 | 0.00 | 2089.28 N |
| 03/22/23 | 03/22/23 | 02/01/23 | MISC RECEIPT | -2089.28 | 0.00 | 0.00 | 0.00 | 0.00 | -2089.28 N |
| 03/22/23 | 03/22/23 | 03/01/23 | PAYMENT | 2089.28 | 483.55 | 655.58 | 950.15 | 0.00 | 0.00 |
| 04/03/23 | 04/03/23 | 03/01/23 | ESCROW DISBURSEMENT | -1403.97 | 0.00 | 0.00 | -1403.97 | 0.00 | 0.00 |

**B**= *Buydown/Subsidy*       **F**= *Fee Payment*       **L**= *Late Charges*       **N**= *Unapplied*