United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                             Case No. 18-00395-HWV

Christopher M. Lincoln                        Chapter 13

Laurie Lincoln

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                Page 1 of 2

Date Rcvd: Sep 13, 2023                          Form ID: fnldec                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

**Recip ID**               **Recipient Name and Address**
db/jdb                 +   Christopher M. Lincoln, Laurie Lincoln, 32 North Pheasant Way, Abbottstown, PA 17301-9539

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alyk L Oflazian | on behalf of Creditor MidFirst Bank amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Jerome B Blank | |

on behalf of Creditor Flagstar Bank FSB pamb@fedphe.com

Mario John Hanyon

on behalf of Creditor Pingora Loan Servicing LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Nicholas G. Platt

on behalf of Debtor 2 Laurie Lincoln ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicholas G. Platt

on behalf of Debtor 1 Christopher M. Lincoln ngp@mooney4law.com plattnr61895@notify.bestcase.com

Raymond M Kempinski

on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Thomas Song

on behalf of Creditor Pingora Loan Servicing LLC tomysong0@gmail.com

Thomas Song

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher M. Lincoln,<br>**Debtor 1**<br>Laurie Lincoln,<br>**Debtor 2** | Chapter 13<br>Case No. 1:18−bk−00395−HWV |

Social Security No.:
xxx−xx−8737   xxx−xx−8969

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 13, 2023

**fnldec** (01/22)